UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COREY DARNELL MCKAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5689** |
| **JERRY J. LARPENTER, ET AL.** | **SECTION "F"(1)** |

## ORDER AND REASONS

Plaintiff, Corey Darnell McKay, is an inmate currently incarcerated in the Terrebonne Parish Criminal Justice Complex. He is a frequent filer of frivolous lawsuits in the federal courts.

McKay filed this pro se and in forma pauperis complaint pursuant to 42 U.S.C. §1983 against Sheriff Larpenter, Major Thomas M. Cope, and Medical Director, R. Petie Neel. He claims that the Sheriff and Major Cope failed to protect him from an attack by another inmate in 2005. Further, he claims that he is not receiving proper medical treatment for eye problems that resulted from the incident. He requests monetary compensation and injunctive relief. (Rec. Doc. No. 1, Complaint).

With his complaint, plaintiff submitted an application to proceed in forma pauperis pursuant to Title 28 U.S.C. § 1915. This is a non-dispositive pretrial matter which was referred to the undersigned magistrate judge pursuant to Local Rule 72.1(B)(1) and 28 U.S.C. § 636(b).

The Prison Litigation Reform Act of 1996, Pub. L. No. 104-134, 110 Stat. 1321, now codified at Title 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

The court's records establish that plaintiff has filed prior lawsuits in the Eastern, Middle, and Western Districts of Louisiana. Six of his prior civil complaints, filed while he was incarcerated, were dismissed as frivolous and/or for failure to state a claim. These include the following: <u>Corey Darnell McKay v. Terrebonne Parish Sheriff's Office through Sheriff Jerry Larpenter</u>, Civil Action No. 06-5770 "J"(2) (E.D. La. 2006); <u>Corey Donell McKay v. Vernon Bourgeious, et al.</u>, Civil Action No. 09-cv-350-JJB-DLD (M.D. La. 2009); <u>Corey Donell McKay v. Burl Cain, et al.</u>, Civil Action No. 03-cv-713-FJP-CN c/w 03-774 (M.D. La. 2003); <u>Corey Darnell McKay v. James LeBlanc, et al.</u>, Civil Action No. 1:10cv1615-DDD-JDK (W.D. La. 2010); <u>Corey Darnell McKay v. Terry</u>

Terrell, et al., Civil Action No. 07-1642-TLM (W.D. La. 2007); Corey Darnell McKay v. Geo Group, Inc., et al., 07-1531-PM (W.D. La. 2007).[1]

Plaintiff may not proceed as a pauper in this action unless he fits within the "imminent danger" exception of § 1915(g). However, plaintiff has not alleged, nor does his complaint demonstrate, that he is in imminent danger of serious physical injury. Consequently, plaintiff is not entitled to proceed in forma pauperis pursuant to the provisions of the Prison Litigation Reform Act.

For the foregoing reasons, **IT IS ORDERED** that Corey Darnell McKay's motion to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g).

New Orleans, Louisiana, this 30th day of August, 2013.

        **SALLY SHUSHAN**
        **UNITED STATES MAGISTRATE JUDGE**

---

[1] The complaints in both the Middle and Western districts bear McKay's DOC number 326162. The discrepancy in the middle name "Donell" versus "Darnell" in the Middle District is inconsequential as these complaints clearly bear the same DOC number 326162. In this district, plaintiff has used the prisoner identification number 45576 on his complaints. However, officials at the Terrebonne Parish Criminal Justice Complex confirmed that their records include both the prisoner identification number 45576 and the DOC number 326162 for Corey Darnell McKay.